EARL HOWARD v. STATE.

Opinion Filed September 7, 1909.

(103 Pac. 864.)

APPEAL—Notice—Dismissal. When no notice of appeal has been served upon the clerk of the court and the prosecuting attorney of the county in which a defendant was convicted, this court acquires no jurisdiction, and the appeal will be dismissed.

(Syllabus by the Court.)

*Appeal from Grady County Court; N. W. Williams, Judge.*

Earl Howard was convicted of violating the prohibitory law, and appeals. Dismissed.

*F. E. Riddle,* for appellant.
*Fred S. Caldwell,* for the State.

FURMAN, PRESIDING JUDGE. There is nothing in the record which shows that a notice of appeal in this case was served upon the clerk of the county court or the county attorney of

Grady county. Section 5610, Wilson's Rev. & Ann. St 1903, is as follows:

"An appeal is taken by the service of a notice upon the clerk of the court where the judgment was entered, stating that the appellant appeals from the judgment. If taken by the defendant, a similar notice must be served upon the prosecuting attorney. If taken by the territory, a similar notice must be served upon the defendant if he can be found in the county; if not there, by posting up a notice three weeks in the office of the clerk of the district court."

This statute is mandatory and jurisdictional, and in the absence of such notices this court acquires no jurisdiction to entertain an appeal.

The appeal is therefore dismissed.

DOYLE and OWEN, JUDGES, concur.